IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNIE LAURIE GAYLOR, and DAN BARKER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 11-cv-0626 |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and this Court's orders regarding dispositive motions (Docs. 10 & 33), the United States moves for summary judgment upon all claims made by Plaintiffs Freedom From Religion Foundation, Inc., Annie Laurie Gaylor, and Dan Barker in their Amended Complaint (Doc. 13). In support of its motion, the United States submits the contemporaneously filed legal brief, statement of proposed findings of fact, and evidentiary materials. The United States' motion for summary judgment should be granted because this Court lacks subject matter jurisdiction over Plaintiffs' claims and 26 U.S.C. § 107 is constitutional.

Dated: June 28, 2013                          Respectfully submitted,

                                              JOHN W. VAUDREUIL
                                              United States Attorney

                                              */s/ Erin Healy Gallagher*
                                              ERIN HEALY GALLAGHER
                                              D.C. Bar Number: 985670
                                              U.S. Department of Justice, Tax Division
                                              Post Office Box 7238
                                              Washington, D.C. 20044
                                              Telephone: (202) 353-2452
                                              Fax: (202) 514-6770
                                              E-mail: erin.healygallagher@usdoj.gov


                                              */s/ Richard Adam Schwartz*
                                              RICHARD ADAM SCHWARTZ
                                              California Bar Number: 267469
                                              U.S. Department of Justice, Tax Division
                                              Post Office Box 683
                                              Washington, D.C. 20044
                                              Telephone: (202) 307-6322
                                              Fax: (202) 307-0054
                                              E-mail: richard.a.schwartz@usdoj.gov

                                              Counsel for Defendant

## CERTIFICATE OF SERVICE

      I certify that, on June 28, 2013, service of the foregoing United States' Motion for Summary Judgment was made upon Plaintiffs by filing it with the Clerk of Court using the CM/ECF system.

                                      */s/ Erin Healy Gallagher*
                                      ERIN HEALY GALLAGHER