IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNIE LAURIE GAYLOR, and DAN BARKER, | ) ) ) ) ) | Case No. 11-cv-0626 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF BARBARA CANTRELL

Pursuant to 28 U.S.C. § 1746 and in support of the United States' Motion for Summary Judgment, I, Barbara Cantrell, declare that:

1. I am a paralegal for the U.S. Department of Justice, Tax Division, and have been assigned to assist the attorneys representing the United States in the above-captioned case.

2. I have personal knowledge of the matters set forth in this declaration.

3. Filed with this declaration, in support of the United States' Motion for Summary Judgment, are true and correct copies of the following documents made exhibits to the Proposed Findings of Fact.

| Exhibit No. | Description | Source Information |
|---|---|---|
| 3 | Plaintiffs Annie Laurie Gaylor and Dan Barker's Answers to Defendant United States of America's First Set of Written Interrogatories | Received from Plaintiffs' counsel on April 19, 2013 |
| 5 | Plaintiff Freedom From Religion Foundation Inc.'s Answers to Defendant United States of America's First Set of Written Interrogatories | Received from Plaintiffs' counsel on April 19, 2013 |

1

| 30 | Publication 1828: Tax Guide for Churches and Religious Organizations: Benefits and Responsibilities Under the Federal Tax Law | IRS |
|---|---|---|
| 31 | Ministers Audit Techniques Guide | IRS |
| 32 | Publication 517: Social Security and Other Information for Members of the Clergy and Religious Workers | IRS |
| 33 | Form 4361: Application for Exemption From Self-Employment Tax for Use by Ministers, Members of Religious Orders and Christian Science Practitioners | IRS |
| 34 | I.R.M. § 4.19.6: Examining Process/Liability Determination/SSA Correspondence, Minister Waivers, and Application for Exemption from Social Security | IRS |
| 36 | I.R.M. § 1.11.6, Using and Researching the Internal Revenue Manual (IRM) | IRS |
| 37 | I.R.M. § 4.76.7: Examining Process/Exempt Organizations Examination Guidelines/Church Tax Inquiries and Examinations - IRC § 7611 | IRS |
| 38 | I.R.M. § 7.25.3: Rulings and Agreements/Exempt Organizations Determinations Manual/Religious, Charitable, Educational, Etc. Organizations | IRS |
| 40 | I.R.M. § 4.76.6: Examining Process/Exempt Organizations Examination Guidelines/Religious Organizations | IRS |
| 41 | Solstice Tribute | On June 24, 2013, I visited https://ffrf.org/shop/solstice-tribute and converted the page that I saw to PDF. |
| 42 | Losing Faith In Faith: From Preacher To Atheist | On June 24, 2013, I visited https://ffrf.org/shop/losing-faith-in-faith-from-preacher-to-atheist and converted the page that I saw to PDF. |
| 43 | Faith-free Clergy Struggle to Escape Pulpit | On June 24, 2013, I visited https://ffrf.org/publications/freethought-today/item/17171-faith-free-clergy-struggle-to-escape-pulpit and converted the page that I saw to PDF. |

| 44 | DeBaptismal Certificate | On June 24, 2013, I visited https://ffrf.org/shop/certificates/downloadable-debaptismal-certificate-free and converted the page that I saw to PDF. |
|---|---|---|
| 45 | Just Pretend: A Freethought Book for Children | On June 24, 2013, I visited https://ffrf.org/shop/just-pretend-a-freethought-book-for-children and converted the page that I saw to PDF. |
| 46 | Friendly Neighborhood Atheist 2 CD Album | On June 24, 2013, I visited https://ffrf.org/shop/music/friendly-neighborhood-atheist-2-cd-album and converted the page that I saw to PDF. |
| 47 | Beware of Dogma CD | On June 24, 2013, I visited https://ffrf.org/shop/music/beware-of-dogma-cd and converted the page that I saw to PDF. |
| 48 | Adrift on a Star: Irreverent Songs by Dan Barker | On June 24, 2013, I visited https://ffrf.org/shop/music/adrift-on-a-star-cd and converted the page that I saw to PDF. |
| 49 | Dan Barker's Ordination Certificate | On June 24, 2013, I visited http://ffrf.org/uploads/images/ordination.jpg and converted the page that I saw to PDF. |
| 50 | In Defense of "Godlessness" | On June 24, 2013, I visited https://ffrf.org/publications/brochures/item/14114-in-defense-of-godlessness and converted the page that I saw to PDF. |
| 51 | Secular Memorials and Funerals Without God | On June 24, 2013, I visited http://ffrf.org/news/timely-topics/item/14052-secular-memorials-and-funerals-without-god and converted the page that I saw to PDF. |
| 52 | "Let's Dispense with Christian Funerals" | On June 24, 2013, I visited http://ffrf.org/news/timely-topics/item/17237-let's-dispense-with-christian-funerals and converted the page that I saw to PDF. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, DC, on the 24th day of June, 2013.

*Barbara Cantrell*
BARBARA CANTRELL