IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNIE LAURIE GAYLOR, and DAN BARKER, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB LEW, in his official capacity as Secretary of the Treasury, and JOHN KOSKINEN, in his official capacity as Commissioner of Internal Revenue, <br><br> Defendants. | Case No. 11-cv-0626 |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that all defendants in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 26, 2013.

Dated: January 24, 2014          Respectfully submitted,

                                 JOHN W. VAUDREUIL
                                 United States Attorney

                                 */s/ Erin Healy Gallagher*
                                 ERIN HEALY GALLAGHER
                                 D.C. Bar Number: 985670
                                 RICHARD ADAM SCHWARTZ
                                 California Bar Number: 267469
                                 U.S. Department of Justice, Tax Division
                                 Post Office Box 7238
                                 Washington, D.C. 20044
                                 Telephone: (202) 353-2452
                                 Fax: (202) 514-6770
                                 E-mail: erin.healygallagher@usdoj.gov
                                 Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I certify that, on January 24, 2014, service of the foregoing Defendants' Notice of Appeal was made upon Plaintiffs by filing it with the Clerk of Court using the CM/ECF system.

                */s/ Erin Healy Gallagher*
                ERIN HEALY GALLAGHER